IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUB INTERNATIONAL OF CALIFORNIA INSURANCE SERVICES, INC., | No. C-06-5227 MMC |
| Plaintiff, | **ORDER RE: MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| MICHAEL KILZER, et al., | |
| Defendants. | |

Before the Court is plaintiff's motion, filed August 25, 2006, for a temporary restraining order. Plaintiff has neither submitted a declaration or proof of service demonstrating its motion has been served on the defendants nor, in the alternative, attempted to comply with the requirements for issuance of an ex parte temporary restraining order. See Fed. R. Civ. P. 65(b).

Accordingly, the Court will defer ruling on plaintiff's motion and afford plaintiff an opportunity to cure the deficiencies noted above. If plaintiff has not done so by Wednesday, August 30, 2006, the motion will be denied without prejudice.

**IT IS SO ORDERED.**

Dated: August 25, 2006

MAXINE M. CHESNEY
United States District Judge