Dated; September 7, 2006

William J. Carroll, Esq.
Morgenstein & Jubelirer
One Market, Spear Street Tower, 32nd Floor
San Francisco, California 94105
Tel: 415/901-8700; Fax: 415/901-8701

Robert H. Smeltzer (State Bar No. 6208507)
Kevin J. Clancy (State Bar No. 6217109)
Lowis & Gellen
200 West Adams Street, Suite 1900
Chicago, Illinois 60606
Tel: 312/364-2500; Fax: 312/364-1003
Email: rsmeltzer@lowis-gellen.com
Email: kclancy@lowis-gellen.com

Counsel for Plaintiff Hub International of California Insurance Services, Inc.

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUB INTERNATIONAL OF CALIFORNIA INSURANCE SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL KILZER, an individual, and CAPAX MANAGEMENT AND INSURANCE, a California corporation,<br><br>Defendants. | CASE NO. 3:06-cv-5227<br><br>NOTICE OF DISMISSAL |

Plaintiff, Hub International of California Insurance Services, Inc., by its undersigned attorneys and pursuant to Fed.R.Civ.P. 41(a)(1), hereby dismisses Defendant Capax Management and Insurance only, without prejudice, and without costs or fees to either party.

Respectfully submitted,

HUB INTERNATIONAL OF CALIFORNIA INSURANCE SERVICES, INC.

By: ___s/ Robert H. Smeltzer___
One of its attorneys

-1-
**NOTICE OF DISMISSAL**