IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUB INTERNATIONAL OF CALIFORNIA INSURANCE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL KILZER, <br><br> Defendant. _____/ | No. C-06-5227 MMC <br><br> **ORDER CONDITIONALLY CLOSING CASE IN BANKRUPTCY** |

On October 20, 2006, the Court received written notice from defendant Michael Kilzer ("Kilzer") that the above-titled action has been automatically stayed, pursuant to 11 U.S.C. § 362(a), by the filing of bankruptcy proceedings by Kilzer in the United States Bankruptcy Court for the Northern District of California.

Accordingly,

IT IS HEREBY ORDERED that this case is closed for statistical purposes only.

Upon written application by any party, for good cause shown, this case shall be re-opened and restored to the active civil calendar.

**IT IS SO ORDERED.**

Dated: October 20, 2006

MAXINE M. CHESNEY
United States District Judge