IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUB INTERNATIONAL OF CALIFORNIA INSURANCE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL KILZER, <br><br> Defendant. | No. C-06-5227 MMC <br><br> **ORDER DENYING MOTION FOR ORDER SHORTENING TIME** <br><br> (Docket No. 28) |

  Before the Court is defendant Michael Kilzer's ("Kilzer") "motion to dissolve or, in the alternative, to clarify, preliminary injunction," and a motion to shorten time for the hearing of such motion. Kilzer's motion for an order shortening time fails to comply with the requirements of Civil Local Rule 6-3. In particular, Kilzer fails to set forth any efforts he made to obtain a stipulation to the requested time change, and, given the amount of time that already has elapsed since the entry of said preliminary injunction, fails to demonstrate that "substantial harm or prejudice" would result if the Court did not hear the motion on shortened time. See Civil L.R. 6-3.

  In addition, the instant action was closed on October 20, 2006 because of the automatic stay imposed as a result of Kilzer's initiating bankruptcy proceedings under Chapter 11. Kilzer has set forth no argument, much less any applicable authority, suggesting that the Court has jurisdiction to hear a motion to dissolve or clarify the

1  preliminary injunction during the pendency of bankruptcy proceedings.

2  Accordingly, Kilzer's motion for an order shortening time is hereby DENIED.

3  **IT IS SO ORDERED.**

4  Dated: February 28, 2007

MAXINE M. CHESNEY
United States District Judge

2