Dated: March 8, 2007

Mark R. Figueiredo, Esq. (State Bar No. 178850)
Jonathan H. Van Ee, Esq. (State Bar No. 214129)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 240
San Jose, California  95110
(408) 441-7500
(408) 228-8787 fax
mrf@structurelaw.com

Attorneys for Defendant
MICHAEL KILZER



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HUB INTERNATIONAL OF CALIFORNIA INSURANCE SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL KILZER, an individual, and CAPAX MANAGEMENT AND INSURANCE, a California corporation,<br><br>Defendants. | Case No. C-06-05227 MMC<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISSOLVE OR, IN THE ALTERNATIVE, TO CLARIFY, PRELMINARY INJUNCTION**<br><br>Judge:    Hon. Maxine M. Chesney |

**TO EACH PARTY AND TO EACH ATTORNEY OF RECORD IN THIS ACTION:**

YOU ARE HEREBY NOTIFIED that defendant Michael Kilzer withdraws his Motion to Dissolve or, in the Alternative, to Clarify, Preliminary Injunction (the "Motion") and reserves the right to re-file the Motion at a future date.

/ / /

The electronic filer attests that the individual whose name appears below has signed this document. See N.D. Cal. General Order 45, Section X.

March 8, 2007                                    STRUCTURE LAW GROUP, LLP

_____/ s /_____
Mark R. Figueiredo, Esq.
Attorney for Defendant Michael Kilzer