Mark R. Figueiredo, Esq. (State Bar No. 178850)
Jonathan H. Van Ee, Esq. (State Bar No. 214129)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 240
San Jose, California  95110
(408) 441-7500
(408) 228-8787 fax
mrf@structurelaw.com

Attorneys for Defendant
MICHAEL KILZER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HUB INTERNATIONAL OF CALIFORNIA INSURANCE SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL KILZER, an individual, and CAPAX MANAGEMENT AND INSURANCE, a California corporation,<br><br>Defendants. | Case No. C-06-05227 MMC<br><br>[PROPOSED] ORDER SHORTENING TIME TO HEAR DEFENDANT MICHAEL KILZER'S RE-FILED MOTION TO DISSOLVE OR, IN THE ALTERNATIVE, TO CLARIFY, PRELIMINARY INJUNCTION<br><br>Date:          Not applicable<br>Time:         Not applicable<br>Courtroom:  7<br><br>Judge:        Hon. Maxine M. Chesney |

   This Court is in receipt of the Motion for Order Shortening Time by defendant Michael Kilzer ("Kilzer") and accompanying papers filed and served on May 10, 2007, together with any and all objections timely filed and served by plaintiff HUB INTERNATIONAL OF CALIFORNIA INSURANCE SERVICES, INC., AND ITS PARENTS, SUBSIDIARIES & AFFILIATES ("HUB").  On reading and considering the foregoing Motion for Order Shortening Time, and good cause appearing therefor:

-1-
[PROPOSED] ORDER SHORTENING TIME TO HEAR DEFENDANT MICHAEL KILZER'S RE-FILED MOTION TO DISSOLVE OR, IN THE ALTERNATIVE, TO CLARIFY, PRELIMINARY INJUNCTION

IT IS HEREBY ORDERED THAT:

Kilzer's Motion to Dissolve or, in the Alternative, to Clarify, Preliminary Injunction (Re-Filed) will be heard on __May 25__, 2007 at 9:00 a.m. in Courtroom 7 of this Court.

Kilzer's moving papers have been filed and served.

HUB's opposition papers, if any, are due on or before __May 21__, 2007.

Kilzer's reply papers, if any, are due on or before __May 23__, 2007, by 4:00 p.m.

IT IS SO ORDERED.

Dated: __May 14__, 2007

_____
Hon. Maxine M. Chesney

-2-
[PROPOSED] ORDER SHORTENING TIME TO HEAR DEFENDANT MICHAEL KILZER'S RE-FILED MOTION TO DISSOLVE OR, IN THE ALTERNATIVE, TO CLARIFY, PRELIMINARY INJUNCTION