IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUB INTERNATIONAL OF CALIFORNIA INSURANCE SERVICES, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>MICHAEL KILZER, et al.,<br><br>          Defendants._____/ | No. C-06-5227 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT MICHAEL KILZER'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION** |

       Before the Court is defendant Michael Kilzer's ("Kilzer") Motion to Dissolve Preliminary Injunction, filed September 12, 2008, and noticed for hearing on October 17, 2008. No opposition has been filed. See Civ. L.R. 7-3(a) (providing opposition must be filed no later than 21 days prior to date of hearing). Having read and considered the moving papers, the Court deems the matter appropriate for decision thereon, hereby VACATES the hearing scheduled for October 17, 2008, and rules as follows.

       Good cause appearing, the motion is GRANTED to the extent Kilzer seeks dissolution of the orders set forth in paragraphs B(1) and B(2) of said injunction.

       No showing having been made as to paragraph B(3), however, the motion is DENIED to the extent Kilzer seeks dissolution of the order set forth therein. Such denial is without prejudice to Kilzer's filing a separate motion, in which the grounds for dissolution of the remainder of said injunction, and the effect of such dissolution order on Kilzer's

1  bankruptcy proceedings, are provided.

2

3      **IT IS SO ORDERED.**

4  Dated: October 14, 2008

_____
MAXINE M. CHESNEY
United States District Judge