IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUB INTERNATIONAL OF CALIFORNIA INSURANCE SERVICES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL KILZER, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-06-5227 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT MICHAEL KILZER'S REQUEST FOR CLARIFICATION** |

　　　Before the Court is defendant Michael Kilzer's ("Kilzer") "Response (Non-Motion) and Request for Clarification of Court's Order Granting in Part and Denying in Part Defendant Michael Kilzer's Motion to Dissolve Preliminary Injunction," filed October 16, 2008.

　　　The request is hereby GRANTED in part. Specifically, the request is granted to the extent Kilzer seeks clarification that, pursuant to the Court's Order Granting in Part and Denying in Part Defendant's Motion to Dissolve Preliminary Injunction, filed October 14, 2008, he may retain any commissions received or receivable from any Contractor Prospect or Food Prospect pursuant to any contract entered into after October 14, 2008. By separate order filed concurrently herewith, the Court will amend its Order of October 14, 2008.

　　　In all other respects, the request is DENIED.

　　　**IT IS SO ORDERED.**

Dated: October 31, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge